## THE STATE OF IOWA v. CRAWFORD.

1. RECORD OF EVIDENCE: The Supreme Court will not reverse a judgment of the court below upon the ground that the verdict was against the evidence, when the only record of the evidence received in the court below is contained in appellant's motion for a new trial.

*Appeal from Des Moines District Court.*

SATURDAY, OCTOBER 6.

THE defendant was indicted, tried and convicted of the crime of having in his possession counterfeit money. Motion for a new trial and in arrest of judgment made and overruled. Defendant appeals.

*G. F. Darwin* and *W. F. Conrad* for the appellant.

*S. A. Rice*, Attorney General, for the State.

BALDWIN, J.—The only error assigned by the appellant is, that the verdict was contrary to the evidence, and for this reason it is claimed that the District Court should have granted to the defendant a new trial. In order that this court might determine whether the District Court ruled correctly or not upon this motion, the whole evidence given upon the trial should be properly brought before the court.

The defendant, in his motion for a new trial, sets out what he claims to be all the evidence introduced; but outside of this statement of counsel we have nothing to show us that this was the only evidence introduced.

Judgment affirmed.